Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WILLARD A. DOODY and Others, Doing Business under the Firm Name of EARL ROCHESTER COMPANY, Appellants, v. JOHN E. MERCHANT, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WILLIAM N. FAIRCHILD, as Executor, etc., of NEWTON FAIRCHILD, Deceased, Appellant, v. JOHN REVOIR, JR., and Others, Respondents.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MARTHA DOWNEY, Respondent, v. JACOB SUGARMAN, Doing Business under the Firm Name and Style of M. & S. PRODUCE COMPANY, Appellant.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LYDIA E. SALISBURY, as Administratrix, etc., of JOSEPH S. SALISBURY, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOHN SCOTT, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LILLIAN GHOSEN, Appellant.— Motion to extend certificate of reasonable doubt granted, upon condition that the appeal shall be argued during the week of January tenth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

CASIMIR FINCEL, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

FRANCES FINCEL, an Infant, by CASIMIR FINCEL, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PIETRAS, Appellant.— Appeal dismissed unless ready for argument during week of January tenth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GERTRUDE KAUS, an Infant, by STEPHEN KAUS, Her Guardian ad Litem, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF DUNKIRK, Respondent.— Appeal dismissed unless briefs are served within ten days. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LUCILLE SCOTT, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless ready for argument at opening of March term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LUDWIG KASZYNSKI, Appellant, v. INTERNATIONAL RAILWAY COMPANY and Another, Respondents.— Appeal dismissed unless printed papers on appeal are served by January eighteenth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

LOCKADJA KASZYNSKI, Appellant, v. INTERNATIONAL RAILWAY COMPANY and Another, Respondents.— Appeal dismissed unless printed papers on appeal are